# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CALLIE REMSCHNER,** ) | |
| ) | |
| Plaintiff, ) | 2:11-cv-02193-KGG |
| ) | |
| v. ) | |
| ) | Magistrate Gale |
| **CREDIT BUREAU SERVICES, INC.,** ) | |
| ) | |
| Defendant. ) | |

## STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO SETTLEMENT

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action should be dismissed.

2. The parties, by agreement, respectfully request that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

**Date:** September 25, 2012

| For Plaintiff, Callie Remschner | For Defendant, Credit Bureau Services, Inc. |
|---|---|
| /s David M. Marco | /s with consent Shannon L. Bell |
| SmithMarco, P.C. | Foulston Siefkin, LLP. |
| 205 N. Michigan Ave., Suite 2940 | 1551 N. Waterfront Parkway, Suite 100 |
| Chicago, Illinois 60601 | Wichita, KS 67206 |
| **Telephone:** (312) 546-6539 | **Telephone:** (316) 267-6371 |
| **Facsimile:** (888) 418-1277 | **Facsimile:** (316) 267-6345 |
| **E-mail:** dmarco@smithmarco.com | **E-mail:** sbell@foulston.com |